**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00720-LTB

A. J. TWITTY, also known as
ANDRE J. TWITTY, also known as
ANDRE TWITTY, also known as

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motion titled "Motion to Amend Judgment, Brief in Support (Rule 59(e)" that Plaintiff submitted to and filed with the Court *pro se* on April 5, 2012.  The motion is largely unintelligible, and fails to provide any comprehensible reason why the Court should reconsider the dismissal of this action for Plaintiff's failure to comply with the sanction order entered in *Twitty v. Davis*, No. 10-cv-02309-ZLW, 2011 WL 6283541 (D. Colo. Oct. 27, 2010) (not published).  Therefore, the motion is DENIED.

Dated:  April 6, 2012